## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** _Steven M. Gold_     **DATE:** _6/1/12_

**DOCKET NUMBER:** _12-7M_     **LOG #:** _11:17 – 11:21_

**DEFENDANT'S NAME:** _Jack Mannino_
  ✓ Present  ___ Not Present  ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** _Joel Stein_
  ___ Federal Defender  ✓ CJA  ___ Retained

**A.U.S.A:** _Amir Toossi_ / _Douglas Pravda_     **DEPUTY CLERK:** _Felix Chin_

**INTERPRETER:** _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ___   Start _6/1/12_   Stop _7/1/12_

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:** _____